UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY SEALS, | ) | Case No. LA CV 05-8430-GW (OP) |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | ) | |
| LONG BEACH POLICE DEPARTMENT OFFICER RICHARDS, ET AL., | ) ) ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///
///
///

IT IS ORDERED that the Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) granting the Motion for Summary Judgment filed by Defendants Richardson and Hubert; and (3) directing that Judgment be entered dismissing this action as to Defendants Richardson and Hubert with prejudice.

DATED: Jan. 10, 2008

HONORABLE GEORGE H. WU
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge