UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY SEALS, | ) | Case No. ~~ED~~ LACV 05-8430-GW (OP) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| LONG BEACH POLICE DEPARTMENT OFFICER RICHARDS, ET AL., | ) | |
| Defendants. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) granting Defendant Dr. John D. Adams, Jr.'s Motion for

/ / /

/ / /

/ / /

Summary Judgment; and (3) directing that Judgment be entered dismissing this action against Defendant Adams with prejudice.

DATED: Jan. 10, 2008

HONORABLE GEORGE H. WU
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge